

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00017-CR

| | | |
|---|---|---|
| Roy Benton Nutall | § | From the 213th District Court |
| | § | of Tarrant County (1293238D) |
| v. | § | February 28, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00017-CR

ROY BENTON NUTALL                                                      APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Roy Benton Nutall attempts to appeal from his conviction for theft of property between $1,500 and $20,000.  Nutall pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to six months' confinement in state jail.  The trial court's certification of his right to appeal states that this case "is a plea-bargain case, and the defendant

---

[1]*See* Tex. R. App. P. 47.4.

has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Additionally, Nutall signed a waiver of his right to appeal.

On January 17, 2013, we notified Nutall that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before January 28, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). Nutall filed a response, but it does not state any grounds for continuing the appeal.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 28, 2013